PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00034-NODJ-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ARTURO TALAMANTES, JR., | |
| Defendant. | |

The parties stipulate as follows:

1. The indictment was filed in this district on February 8, 2024, and the defendant had his arraignment and plea on indictment the same day. After ordering defendant detained on February 9, 2024, the Court scheduled a status conference on February 14, 2024, without excluding time. The government produced initial discovery on February 13, 2024.

2. On February 14, 2024, the parties appeared for a status conference and agreed to continue the status conference to April 10, 2024, and excluded time until that date.

3. Now, the parties agree to continue the status conference from April 10, 2024, to July 10, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from April 10, 2024, through July 10, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: March 27, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: March 27, 2024

*/s/ Serita Rios*
Serita Rios
Counsel for Arturo Talamantes, Jr.

2

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from April 10, 2024, to **July 10, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __**March 28, 2024**__            /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE