PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00034-JAM-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ARTURO TALAMANTES, JR., | |
| Defendant. | |

The parties stipulate as follows:

1. The indictment was filed in this district on February 8, 2024, and the defendant had his arraignment and plea on indictment the same day. After ordering defendant detained on February 9, 2024, the Court scheduled a status conference on February 14, 2024, without excluding time. The government produced initial discovery on February 13, 2024.

2. On February 14, 2024, the parties appeared for a status conference and agreed to continue the status conference to April 10, 2024, and excluded time until that date. On March 28, 2024, the Court continued the status conference to July 10, 2024 and excluded time.

3. On March 11, 2024, the government made a plea agreement offer. The parties are currently discussing a potential plea agreement and pre-trial resolution of the case.

4. Now, the parties seek to continue the July 10, 2024, status conference to September 11,

2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from July 10, 2024, through September 11, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  July 3, 2024         PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Cody Chapple*
                             Cody Chapple
                             Assistant United States Attorney

Dated:  July 3, 2024         */s/ Serita Rios*
                             Serita Rios
                             Counsel for Arturo Talamantes, Jr.

2

# **ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conference is continued from July 10, 2024, until **September 11, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2. The period from July 10, 2024, through September 11, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **July 3, 2024**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE