```
PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO TALAMANTES, JR.,<br><br>Defendant. | CASE NO. 1:24-cr-00034-JAM-BAM<br><br>**STIPULATION and ORDER SETTING CHANGE OF PLEA HEARING AND EXCLUDE TIME** |

The parties stipulate as follows:

1. A grand jury indicted the defendant on February 8, 2024, charging him in count one of violating 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm. The defendant appeared, the court detained him, and the court scheduled a status conference on February 14, 2024, without excluding time. The government produced initial discovery on February 13, 2024, and supplemental discovery on May 6, 2024.

2. On February 14, 2024, the parties appeared for a status conference and agreed to continue and excluded time. The Court subsequently continued the status conference to September 11, 2024, and excluded time.

3. On June 26, 2024, the case was reassigned to the Hon. John A. Mendez for all further proceedings.

4. On March 11, 2024, the government made a plea agreement offer. On July 31, 2024, the parties signed and filed a Plea Agreement. ECF 21.

5. Now, the parties have met and conferred and agreed to set a change of plea hearing in the case before the district court on October 8, 2024, at 9:00 am. This date was cleared with the court's clerk.

6. The parties further agree that the interests of justice served by setting the change of plea hearing and vacating the September 11, 2024, status conference outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from September 11, 2024, through October 08, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: August 12, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: August 12, 2024

*/s/ Serita Rios*
Serita Rios
Counsel for Arturo Talamantes, Jr.

## ORDER

The Court has read and considered the parties' stipulation to vacate the status conference, set a change of plea hearing, and exclude time.

Therefore, for good cause shown:

1. The status conference set on September 11, 2024, is **VACATED**.

2. A change of Plea Hearing is hereby **SET** for **October 08, 2024, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

3. The period from September 11, 2024, through October 08, 2024, shall be **EXCLUDED** pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 14, 2024         /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE