Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant ARTURO TALAMANTES

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br><br>ARTURO TALAMANTES,<br><br>　　　　　　　　Defendant. | Case No. 1:24-cr-00034-JAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE; ORDER**<br><br>Date: January 21, 2025<br>Time: 9:00 a.m.<br>Court: Hon. John A. Mendez |

This matter is set for sentencing on January 21, 2025. As set forth below, the parties now move, by stipulation, to continue the sentencing hearing to March 25, 2025. The defense is requesting that the Sentencing hearing be continued, and the Presentence Investigation Schedule be extended, to allow time for Mr. Talamantes to be interviewed and for the parties to have time to prepare for sentencing.

IT IS HEREBY STIPUALTED by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above-captioned matter currently set for January 21, 2025, be continued to **March 25, 2025, at 09:00 a.m.**

IT IS FURTHER STIPULATED that the Presentence Investigation Schedule be modified as follows:

**STIPULATION TO CONTINUE SENTENCING AND MODIFY PRESENTENCE INVESTIGATION SCHEDULE**

| | |
|---|---|
| Judgement and Sentencing Date: | March 25, 2025 |
| Reply or Statement of Non-Opposition: | March 18, 2025 |
| Formal Objections to the PSR shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 11, 2025 |
| Final PSR shall be filed with the Court and disclosed to counsel no later than: | March 4, 2025 |
| Informal Objections to the PSR shall be delivered to the Probation Officer and opposing counsel no later than: | February 25, 2025 |
| Draft Presentence Report shall be disclosed to Counsel no later than: | February 11, 2025 |

**IT IS SO STIPULATED.**

Dated: December 17, 2024

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

Dated: December 17, 2024

/s/ Cody S. Chapple
_____
**Cody S. Chapple**
Assistant U.S. Attorney

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated: December 19, 2024   /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE