**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**P.O. Box 688**
**Fresno, California 93712**
**Telephone (559) 224-1800**
**Facsimile (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant ARTURO TALAMANTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ARTURO TALAMANTES, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:24-cr-00034-JAM <br><br> **ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT (ECF No. 39)** |

    Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby **GRANTS** Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter (ECF No. 39).

    Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is **DIRECTED** to serve a copy of this order on Defendant, ARTURO TALAMANTES, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Central Valley Annex
Inmate Arturo Talamantes
P.O. Box 637
McFarland, CA 93250

**IT IS SO ORDERED.**

Dated: April 11, 2025                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE